IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | | |
|---|---|---|
| NICHOLAS WAYNE FARRELL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RIDDELL, INC., ALL AMERICAN | ) | CASE NO: 5:13-CV-00600-WTH- PRL |
| SPORTS CORPORATION d/b/a | ) | |
| RIDDELL/ALL AMERICAN; RIDDELL | ) | |
| SPORTS GROUP, INC.; EASTON-BELL | ) | |
| SPORTS, INC.; EASTON-BELL SPORTS, | ) | |
| LLC; EB SPORTS CORPORATION; and | ) | |
| RBG HOLDINGS CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 4.04(b)

COMES NOW the Plaintiff, Nicholas Wayne Farrell, and moves the Court to enter an order relieving Plaintiff from the March 10, 2014 filing deadline imposed by Local Rule 4.04(b) and delaying imposition of a new deadline until after the Parties submit their Case Management Report in this cause. As grounds for this motion, Plaintiff states the following:

1. On December 9, 2013, Plaintiff filed his Class Action Complaint ("Complaint") against the Defendants.

2. On January 23, 2014, Defendants Filed their Unopposed Motion to Set A Time to Respond to the Complaint. On January 24, 2014, the Court granted the motion and allowed Defendants until March 21, 2014 to respond.

3. Local Rule 4.04(b) requires that, within 90 days of filing his Complaint, Plaintiff must move for a determination under Rule 23, Fed. R. Civ. P., "as to whether the case is to be maintained as a class action." Accordingly, Plaintiff's present deadline for filing a motion for class certification is March 10, 2014. Local Rule 4.04(b) further requires the class motion to be "supported by a memorandum." This memorandum obviously must include sufficient facts and evidence to pass the "rigorous analysis" test required of Rule 23 motions. As explained below, Plaintiff (as well as Defendants) should be afforded a sufficient period of time for class-related discovery before any deadline is imposed for filing a motion for class certification in this cause.

4. Defendants' "first appearance" in this matter occurred January 23, 2014. By operation of Local Rule 3.05(c)(2), the parties are required to conduct their mandatory case management conference on or before March 24, 2014. Furthermore, the resulting Case Management Report is to be filed on or before April 7, 2014. And, initial disclosures under Rule 26(a)(1), Fed. R. Civ. P., are not due until April 7, 2014. Thus, as it presently stands, Plaintiff must file a class certification motion, sufficient to withstand a rigorous analysis, before Defendants even file a responsive pleading to the Complaint, before the Case Management Conference, before initial disclosures are made and before the Case Management Report is filed.

5. The Parties anticipate that discovery in this matter will be extensive, hard fought and time consuming.

6. <u>Local Rule 3.01(g) certification.</u> Plaintiff's counsel hereby certifies that prior to filing this motion, he conferred with defense counsel and defense counsel has no opposition to this motion.

WHEREFORE, Plaintiff requests the Court to enter an order relieving Plaintiff from the March 10, 2014 filing deadline imposed by Local Rule 4.04(b) and delaying imposition of a new deadline until after the Parties submit their Case Management Report in this cause.

Respectfully Submitted,

/s/ Joshua R. Gale
Joshua R. Gale
Florida Bar No. 63283
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
101 N. Woodland Blvd., Suite 600
DeLand, FL 32720
Telephone: (386) 675-6946
Facsimile: (386) 675-6947
Email: JGale@WCQP.com;
       jscheurich@wcqp.com

E. Clayton Lowe, Jr.
*Pro Hac Vice Admission*
THE LOWE LAW FIRM, LLC
301 19th Street North, Suite 525
Birmingham, AL 32503
Telephone: (205) 314-0607
Facsimile: (205) 314-0707
Email: clowe@claylowelaw.com

*Attorneys for the Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY certify that on February 20, 2014, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system which will send a copy to the following:

T. Todd Pittenger
Todd.pittenger@akerman.com
Kelly J. Garcia
Kelly.garcia.@akerman.com
Joshua A. Mize
Joshua.mize@ackerman.com
AKERMAN LLP
420 South Orange Avenue, Suite 1200
Orlando, FL 32801
Phone: (407) 423-4000
Fax: (407) 843-6610

Michael C. Lynch
Sung W. Kim
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Fax (212) 808-7898

Joseph A. Boyle
Michael Innes
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, NJ 07054
Telephone: (973) 503-5900
Fax: (973) 503-5950
*Attorneys for the Defendants*

/s/ Joshua R. Gale
Joshua R. Gale, Esquire