**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**NICHOLAS WAYNE FARRELL,**

    **Plaintiff,**

v.                                                                    Case No: 5:13-cv-600-Oc-10PRL

**RIDDELL, INC., ALL AMERICAN**
**SPORTS CORPORATION, RIDDELL**
**SPORTS GROUP, INC., EASTON-BELL**
**SPORTS, INC., EASTON-BELL**
**SPORTS, LLC, EB SPORTS**
**CORPORATION and RBG HOLDINGS**
**CORPORATION**

    **Defendants.**

**ORDER**

In this case, Plaintiff filed a Class Action Complaint (Doc. 1) against Defendants alleging claims under the Florida Deceptive and Unfair Trade Practices Act arising from Defendants' marketing football helmets claimed to be superior in reducing concussions. On December 10, 2013, this case was designated as a Track 2 case under Local Rule 3.05. (Doc. 2).

Defendants have now filed an unopposed motion to re-designate this action as a Track 3 case, and for an extension of thirty (30) days within which to conduct the case management conference. (Doc. 15). Defendants contend that the Track 2 designation was made in error, and that this class action should be designated as a Track 3 case pursuant to Local Rule 3.05. Defendants' motion (Doc. 15) is **GRANTED**. The Clerk is hereby directed to issue a notice re-designating this case as a Track 3 Case pursuant to Local Rule 3.05. The parties shall have until **April 5, 2014** within which to file their Case Management Report.

- 2 -

Plaintiff has also filed an unopposed motion for relief from Local Rule 4.04(b), requesting that the deadline for filing a motion for class certification (currently March 10, 2014) be extended until after the parties submit their Case Management Report, and to allow time for class related discovery. Plaintiff's motion (Doc. 16) is **GRANTED**, and Plaintiff shall have until **May 5, 2014** within which to file a motion for class certification.

**DONE** and **ORDERED** in Ocala, Florida on March 5, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties